IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:19cr386 |
| Plaintiff, | ) | |
| | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| DONTE M. LEEPER, | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on November 15, 2021 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibit Nos. 1-5 from Sentencing held 10/18/2021

Defendant's Exhibit Nos. 101-103 from Detention Hearing held 12/27/2019

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: November 16, 2021

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge