IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> DONTE M. LEEPER, <br><br> Defendant. | 8:19CR386 <br><br><br> **ORDER** |

This matter is before the Court on the Request for Transcript by a Non-Party, Filing No. 159. The request for the transcript is made by a non-party, Tiffany Martin, as to defendant, Donte Leeper. The request asks for the court reporter to transcribe pretrial proceedings held on or around July 1, 2020, plea hearing held on or around June 30, 2021, and sentencing hearing held on or around October 18, 2021. The request for a transcript is granted, provided Tiffany Martin contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 159) is granted.

2. Court reporter, Brenda Fauber, is directed to advise Ms. Martin of the cost to obtain the transcript. Ms. Martin will be responsible for that transcript cost.

3. The Clerk's Office is ordered to mail a copy of this order to the non-party's address found in Filing No. 159.

Dated this 18th day of November, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge